The People of the State of New 
 York, Respondent,
against
Malik Mitchell, Defendant-Appellant.
Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Herbert J. Adlerberg, J.H.O.), rendered July 28, 2015, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.
Per Curiam.
Judgment of conviction (Herbert J. Adlerberg, J.H.O.), rendered July 28, 2015, affirmed.
Treating the accusatory instrument as an information in evaluating defendant's jurisdictional challenge (see People v Hatton, 26 NY3d 364 [2015]), we find that the instrument charged all the elements of criminal possession of a controlled substance in the seventh degree (see Penal Law § 220.03) and set forth sufficient factual allegations to show the basis for the arresting officer's conclusion that the substance at issue was a controlled substance. The instrument recited that police recovered a "small clear plastic bag containing 12 twist[s] of crack/cocaine" from defendant's pocket, and that the officer believed the substance to be crack/cocaine "based upon [his] professional training as a police officer in the identification of drugs", his "prior experience as a police officer in making drug arrests" and an observation of the packaging "which is characteristic of this type of drug" (see People v Smalls, 26 NY3d 1064 [2015]; People v Kalin, 12 NY3d 225, 231-232 [2009]; People v Pearson, 78 AD3d 445 [2010], lv denied 16 NY3d 799 [2011]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: June 5, 2020